# IN THE SUPREME COURT OF THE STATE OF NEVADA

DEMARIO EUGENE WASHINGTON,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 73581

DEMARIO EUGENE WASHINGTON,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 73582

FILED

NOV 03 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEALS

These are pro se appeals from a single district court order denying postconviction petitions for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

Our review of these appeals reveals a jurisdictional defect. Specifically, the district court entered its order denying appellant's petitions on May 15, 2017. The district court served notice of entry of that order on appellant on May 23, 2017. Appellant did not file the notices of appeal, however, until July 6, 2017, well after the expiration of the thirty-day appeal period prescribed by NRS 34.575. "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352,

871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider these appeals, and we

ORDER these appeals DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:   Hon. Linda Marie Bell, District Judge
Demario Eugene Washington
Attorney General/Carson City
Attorney General/Las Vegas
Eighth District Court Clerk